OPINION — AG — **** DATA PROCESSING PLANNING DIRECTOR **** THE BOARD OF AFFAIRS MAY DESIGNATE THE DIRECTOR OF THE DIVISION OF DATE PROCESSING PLANNING TO BE RESPONSIBLE FOR THE ACQUISITION OF DATE PROCESSING EQUIPMENT (COMPUTERS) USED BY STATE AGENCIES, EXCEPT BY THOSE AGENCIES WHICH MAY BE SPECIFICALLY EXEMPT. CITE: 74 O.S. 1971 118.1-118.16 [74-118.1] — [74-118.16] (TODD MARKUM)